# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Temeca Richardson, *et al.*,** individually and on behalf of all similarly situated individuals, | : : : : : : : : : : : |
| Plaintiffs, | Case No. 2:17-cv-838 |
| v. | **Magistrate Judge Chelsey M. Vascura** |
| **Vizion One Inc.**, *et al.*, | |
| Defendants. | |

## AGREED ORDER ON MOTION TO ENFORCE SETTLEMENT AGREEMENT

Now come Plaintiffs Temeca Richardson, et al. and Defendants Vizion One Inc., et al., by and through undersigned counsel, and hereby agree that the remaining attorney fees due and owing under the original Settlement Agreement approved by this Court, $3,910.85, shall be paid to Plaintiffs no later than August 22, 2020.  Plaintiffs' Motion to Enforce Settlement Agreement filed at Doc. No. 63 is hereby granted.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

00323076-1

AGREED TO BY:

**KEMP, SCHAEFFER, & ROWE CO., L.P.A.**

By: /s/ Erica Ann Probst
      Erica Ann Probst  #0073486
      88 West Mound Street
      Columbus, Ohio  43215
      Phone: (614) 224-2678
      Fax: (614) 469-7170
      Email: Erica@ksrlegal.com
      Attorney for Defendants


CONTRERAS LAW, LLC

By: /s/ Peter Contreras
      Peter Contreras (0087530)
      1550 Old Henderson Road Suite 126
      Columbus, Ohio 43220
      Phone: 614-787-4878
      Fax: 614-957-7515
      Email: peter.contreras@contrerasfirm.com
      Attorneys for Plaintiffs